THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PEDRO GUTIERREZ,              ) | |
| )   | |
| Plaintiff,              ) | |
| )   | |
| v.                                              ) | CIV-20-525-R |
| )   | |
| JOHN B. FOX, Warden, et al.,  ) | |
| )   | |
| Defendants.          ) | |

## ORDER

On December 10, 2020, the Court granted Plaintiff Gutierrez an extension of time in which to pay the $400.00 filing fee. (Doc. No. 17). His payment was due not later than January 4, 2021. The record reflects that Plaintiff has not paid the fee nor sought an extension of time in which to comply with the Court's Order. Accordingly, this case is hereby DISMISSED WITHOUT PREJUDICE. The Supplemental Report and Recommendation issued by Magistrate Judge Gary M. Purcell on October 7, 2020 is ADOPTED.

**IT IS SO ORDERED** this 8th day of January 2021.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE